

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2014

No. 04-14-00448-CV

**IN RE D&J ALEXANDER MANAGEMENT, LP**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

On June 30, 2014, real parties in interest Rocio G. Guerra, J. Francisco Tamez, Julio A. Garcia Jr., and Jose Salvador Tellez, II, filed unopposed motions requesting an extension of time in which to file responses to the petition for writ of mandamus. The motions are GRANTED. A response on behalf of any real party in interest is due in this court no later than July 25, 2014.

It is so **ORDERED** on July 1, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2008-PB7-000016-L2, styled *Estate of Delfina E. Alexander, Deceased; and Rocio G. Guerra v. Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, Individually, and as Independent Co-Executors of the Estate of Delfina E. Alexander, Deceased, and as Co-Trustees of the Rocio Gonzalez Guerra Exempt Trust*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.